Filed on 2/24/2015 12:33:32 PM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/24/2015 12:36:36 PM
CHRISTOPHER A. PRINE
Clerk

February 24, 2015

1st Court of Appeals
301 Fannin
Houston, Texas 77002

**LETTER OF ASSIGNMENT**

Trial Court Docket Number: 1058337
Trial Court Number: Three (3)

**Style:**

| ANDREA FELIX | VS. | VILLAGES OF COPPERFIELD |
|---|---|---|
| **APPELLANT(S)** | | **APPELLEE(S)** |

**Judge:** LINDA STOREY

| **Appellant(s) Attorney:** | **Appellee(s) Attorney:** |
|---|---|
| Andrea Felix, Pro Se | Gary L. Murphree, No. 14692500 |
| 8750 Point Park Drive No. 1311 | 6363 Woodway, Suite 1000 |
| Houston, Texas 77095 | Houston, Texas 77057 |
| Phone: N/A | Phone: (713) 590-9645 |
| Fax: N/A | Fax: (713) 590-9602 |
| E-Mail: N/A | E-Mail: gmurphree@ewingjones.com |

Andrea Felix, appellant, filed a Notice of Appeal on February 23, 2015 from the Final Judgment that was signed on February 17, 2015.

The Clerk's Record is due to your office on or before April 20, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

**1**

Docket Number: 1058337

Notice of Appeal

*Hon. Stan Stanart*

VILLAGES OF COPPERFIELD

VS

ANDREA FELIX

IN THE COUNTY CIVIL COURT

AT LAW JUSTICE COURT No. 3

PCT. #5-2

Re: Cause No.EV52C0359729  Villages of Copperfield VS Andrea Felix

I, the defendant Andrea Felix, in the cause no. listed above, respectfully request and appeal to my case under the cause number listed above EV52C0359729,  On February 17, 2015, the court ruled in favor of the Plaintiff, Villages of Copperfield,  and I was unable to attend due to illness.  I was informed that Villages of Copperfield filed a Writ of Possession on February 17, 2015, and I am asking the court to please consider my case for an appeal..

Thanks in advance for your time and consideration on this matter.

Sincerely,

Andrea Felix

8750 Point Park Dr#1311

Houston, Texas 77095

(832)515-1702

2

 **"CLOSED"**

NO. 1058337

| VILLAGES OF COPPERFIELD | § | IN THE COUNTY CIVIL COURT |
|---|---|---|
| VS. | § | AT LAW NUMBER NO. 3 |
| ANDREA FELIX | § | HARRIS COUNTY, TEXAS |



## FINAL JUDGMENT

On February 17, 2015, this case was called for trial. Plaintiff is Villages of Copperfield, Defendant is Andrea Felix, and the surety is Gerald Lowery. Plaintiff appeared through its representative and through its attorney and announced ready for trial. Defendant appeared and announced ready for trial/failed to appear. The surety appeared/failed to appear.

All matters in controversy, legal and factual, were thereafter submitted to the Court for its determination. The Court heard the evidence and argument of counsel and found that Plaintiff is entitled to possession of the premises in question, to a judgment against Defendant for rent owed under the lease in the amount of $3,221.18 ~~$2,694.76,~~, for attorney's fees through trial in the amount of $1,300.00, for additional attorney's fees in the amount of $7,500.00 in the event of an appeal to the Court of Appeals provided that Plaintiff ultimately prevails, and for costs. The Court found that Plaintiff is also entitled to a judgment against the surety jointly and severally with Defendant for the first $2,158.00 of the judgment.

The Court hereby RENDERS judgment for Plaintiff.

The Court ORDERS that Plaintiff is awarded possession of the premises commonly known as 8750 Point Park Dr. #1311, Houston, Harris County, Texas 77095 (hereinafter called the "Premises").

**3**

The Court ORDERS that Andrea Felix and all other occupants immediately vacate and surrender possession of the Premises.

The Court ORDERS that Plaintiff recover from Defendant Andrea Felix the sum of $~~3,221.18~~ 2,694.56, with postjudgment interest from the date of this judgment at the annual rate of 5%, and against the surety Gerald Lowery, jointly and severally with Defendant, for $2,158.00 of that amount.

The Court ORDERS that Plaintiff recover from Defendant Andrea Felix attorney's fees as follows:

(a) $1,300.00 for legal services rendered in the preparation and trial of this case;

(b) $7,500.00 for legal services if this case is appealed to the Court of Appeals and Plaintiff is the prevailing party in the Court of Appeals; and

(c) postjudgment interest on the attorney's fees from the date of this judgment at the annual rate of 5%.

The Court ORDERS that Plaintiff recover all costs from Defendant Andrea Felix with postjudgment interest from the date of this judgment at the annual rate of 5%.

The Court ORDERS that Plaintiff have a writ of possession and all other process necessary to enforce this judgment, and a writ of possession shall issue on_____.

Any supersedeas bond shall be in the amount of $ 8,930⁰⁰, which may be satisfied only by deposit of cash or cashier's check or by filing a bond with a corporate surety duly authorized to do business in the State of Texas.

4

This judgment is final, disposes of all claims and all parties, and is appealable.

SIGNED _Februay 17, 2014_



JUDGE PRESIDING

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

P:\CLIENT FOLDERS\JJRK\VILLAGES OF COPPERFIELD\FELIX\FINAL JUDGMENT.2.DOC

3